STRAND HOTEL COMPANY, Respondent, *v.* LOUIS MARKEL and JOSEPH E. MARKEL, Appellants.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 23d day of January, 1915, granting temporary injunction.

PER CURIAM: The order appealed from should be modified so as to restrain the defendants from the use of the words "Strand Hotel" or "Hotel Strand," without the use of other qualifying words which would clearly distinguish between the two hotels. As so modified, the order is affirmed, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order modified as directed in opinion, and as modified affirmed, without costs. Order to be settled on notice.